# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**

April 8, 2022

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

> Re: *Herrera v. Trinita Parete LLC*, No. 21 Civ. 7860 (ALC)(JLC)
> Joint Letter-Motion to Adjourn Filing of Settlement Papers

Dear Judge Cott:

Pursuant to Section 1(E) of the Court's Individual Practices, Plaintiff Edgar Herrera in the above-referenced Action submits this letter-motion to request that the deadline set forth in the Court's Order of March 11, 2022, be extended from April 11 to May 2, 2022. This is the first time that Plaintiff requests this extension.

The Parties reached a resolution in principle following two mediations held on February 2 and 17, 2022. As part of their resolution in principle, the Parties agreed that Defendants would not make the agreed upon payment until after April 18, 2022, giving Defendants enough time to gather the money needed to make the payment. The Parties also agreed that they would resolve this Action using a Rule 68 offer of judgment, to be filed with the Court only after Defendants' attorneys confirmed in writing that they held all settlement funds in their firm's IOLA account. To date, Defendants' attorneys have yet to confirm receipt of the funds or even respond to the undersigned's emails, including emails about this letter-motion. The last communication the undersigned received from defense counsel was on April 5, 2022.

Plaintiff requests an adjournment of the April 11 deadline to May 2, 2022, to allow Defendants sufficient time to gather the settlement funds. If Defendants fail to do so, however, there will be no resolution, and the Parties will continue litigating the Action.

We thank the Court for its time and attention to this matter.

Very truly yours,

Gianfranco J. Cuadra

cc: Counsel of Record (via ECF)