UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGAR HERRERA,

                Plaintiff,

    -against-                               21 Civ. 07860 (ALC)(JLC)

TRINITA PARETE LLC d/b/a/ AMPIA        **NOTICE OF ACCEPTANCE OF**
ROOFTOP & GNOCCHERIA WALL STREET   **RULE 68 OFFER OF JUDGMENT**
RESTAURANT, MICHELE LULIANO, and
ANISA LULIANO,

                Defendants.
------------------------------------------------------------------X

To:    Marc Scolnick, Esq.
        84-03 Cuthbert Rd., Unit 1B
        Kew Gardens, NY 11415
        Tel: (718) 554-6445
        office@scolnicklaw.com
        *Attorneys for Defendants*

        **PLEASE TAKE NOTICE**, that Plaintiff Edgar Herrera pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendants Trinita Parete LLC d/b/a Ampia Rooftop & Gnoccheria Wall Street, Michele Luliano and Anisa Luliano dated and served April 18, 2022 in the above-entitled action.

Dated:  New York, New York
           April 18, 2022

                                      PECHMAN LAW GROUP PLLC

                                      By: _____
                                      Louis Pechman, Esq.
                                      Gianfranco J. Cuadra, Esq.
                                      Mirian Albert, Esq.
                                      488 Madison Avenue, 17th Floor
                                      New York, New York 10022
                                      Telephone: (212) 583-9500
                                      pechman@pechmanlaw.com
                                      cuadra@pechmanlaw.com
                                      albert@pechmanlaw.com
                                      *Attorneys for Plaintiff*