UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EDGAR HERRERA,

                Plaintiff,

-against-

TRINITA PARETE LLC d/b/a/ AMPIA ROOFTOP & GNOCCHERIA WALL STREET RESTAURANT, MICHELE LULIANO, and ANISA LULIANO,

                Defendants.

-----------------------------------------------------------------X

21 Civ. 07860 (ALC)(JLC)

**(Proposed) Judgment**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on April 18, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Edgar Herrera and against Trinita Parete LLC d/b/a Ampia Rooftop & Gnoccheria Wall Street Restaurant, Michele Luliano, and Anisa Luliano, jointly and severally, in the amount of $16,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
       _____, 2022

                                                  So Ordered:

                                                  _____

                                                  District Judge Andrew L. Carter, Jr.