```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDGAR HERRERA,

                Plaintiff,

    -against-                                        21 Civ. 07860 (ALC)(JLC)

TRINITA PARETE LLC d/b/a/ AMPIA
ROOFTOP & GNOCCHERIA WALL STREET      Judgment
RESTAURANT, MICHELE LULIANO, and
ANISA LULIANO,

                Defendants.
-------------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on April 18, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Edgar Herrera and against Trinita Parete LLC d/b/a Ampia Rooftop & Gnoccheria Wall Street Restaurant, Michele Luliano, and Anisa Luliano, jointly and severally, in the amount of $16,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  New York, New York
           _____, 2022

                                                So Ordered:

                                                _____
                                                Andrew L. Carter, Jr.
                                                United States District Judge

                                                **Date: April 22, 2022**